**Fill in this information to identify the case**

**Debtor 1** Stephanie Terra Fryer-Henriques AKA Stephanie T. Fryer, FKA Stephanie T. Henriques

**Debtor 2** ______________________
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** EASTERN **District of** PENNSYLVANIA
**(State)**

**Case number** 26-11669

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, National Association **Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: **3140**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | (1) | $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ | |
| 3. | Attorney's fees | | (3) | $ | |
| | Post Petition Fee Notice | 09/17/2026 | | $ | 200.00 |
| 4. | Filing fees and court costs | | (4) | $ | |
| 5. | Bankruptcy/Proof of claim fees | 05/11/2026, 05/15/2026, 06/12/2026 | (5) | $ | 612.50 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ | |
| 7. | Property inspection fees | | (7) | $ | |
| 8. | Tax advances (non-escrow) | | (8) | $ | |
| 9. | Insurance advances (non-escrow) | | (9) | $ | |
| 10. | Property preservation expenses. Specify: _______ | | (10) | $ | |
| 11. | Other. Specify: 410A | 05/15/2026 | (11) | $ | 325.00 |
| 12. | Other. Specify: ____________________________ | | (12) | $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.



26-009142_arr

Debtor 1 Stephanie Terra Fryer-Henriques AKA Stephanie T. Fryer, FKA Stephanie T. Henriques Case number (if known) 26-11669
First Name Middle Name Last Name

## Part 2: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

*X* /s/ Adam B. Hall
Signature

Date 09/18/2026

Print: Adam B. Hall

Title Authorized Agent for Creditor

Title Authorized Agent for Creditor
Company MDK Legal
Address P.O. Box 165028
Number Street
Columbus, OH 43216-5028
City State ZIP Code

Contact phone 614-220-5611

Email amps@manleydeas.com



26-009142_arr

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-11669** |
| **Stephanie Terra Fryer-Henriques AKA Stephanie T. Fryer, FKA Stephanie T. Henriques** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Stephanie Terra Fryer-Henriques AKA Stephanie T. Fryer, FKA Stephanie T. Henriques** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Stephanie Terra Fryer-Henriques AKA Stephanie T. Fryer, FKA Stephanie T. Henriques, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Stephanie Terra Fryer-Henriques AKA Stephanie T. Fryer, FKA Stephanie T. Henriques, 116 Lincoln Avenue, Yeadon, PA 19050

/s/ Adam B. Hall

26-009142_arr