# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Stephanie Terra Fryer-Henriques

Debtor.

Case No. 26-11669-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on April 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 21, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

**AES/PNC Bank**
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

**ECMC**
Attn: Bankruptcy
P.O. Box 16408
Saint Paul, MN 55116-0408

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

**PECO**
2301 Market St
Philadelphia, PA 19103

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Sallie Mae Bank**
Attn: Bankruptcy
P.O. Box 3319
Wilmington, DE 19804

**Sunbit, Inc**
Attn: Bankruptcy
10940 Wilshire Blvd
Los Angeles, CA 90024

**U.S. Dept. of Housing and Urban Development**
Attn: Bankruptcy
801 Market St 12th Floor
Philadelphia, PA 19107