STRATCOMM INC
161 Worcester Road Ste 204
Framingham MA  01701

1104-5873
ORG1:2 1099
ORG2:3 VHR - Region 3

STEPHANIE FRYER-HENRIQUES
116 LINCOLN AVENUE
YEADON PA  19050

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOT

MIDDLESEX SAVINGS BANK
PAYABLE IF DESIRED AT:
ALL MIDDLESEX SAVINGS BANK BANKS

**PERSONAL AND CHECK INFORMATION**
Stephanie Fryer-Henriques
116 Lincoln Avenue
Yeadon  PA  19050

Home Department: 3 VHR - Region 3 / 2 1099

**Pay Period:** 01/16/26 to 01/31/26
**Check Date:** 02/13/26     **Check #:** 105785

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 025 | 605.82 | 948.24 |
| **NET PAY** | **605.82** | **948.24** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Base Rate | 23.0000 | 19.0200 | 437.46 | 36.0000 | 684.72 |
| | | Health & Welfare | 23.0000 | 4.9300 | 113.39 | 36.0000 | 177.48 |
| | | VHR Holiday | 23.0000 | 1.0100 | 23.23 | 36.0000 | 36.36 |
| | | VHR Vacation | 23.0000 | 1.3800 | 31.74 | 36.0000 | 49.68 |
| | | **REIMB & OTHER PAYMENTS** | | | 605.82 | | 948.24 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 605.82 | 948.24 |

STRATCOMM INC
161 Worcester Road Ste 204
Framingham MA 01701

1104-5873
ORG1:2 1099
ORG2:3 VHR - Region 3
DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

STEPHANIE FRYER-HENRIQUES
116 LINCOLN AVENUE
YEADON PA 19050

NON-NEGOTIABLE

MIDDLESEX SAVINGS BANK
PAYABLE IF DESIRED AT:
ALL MIDDLESEX SAVINGS BANK BANKS

NON-NEGOT

### PERSONAL AND CHECK INFORMATION
Stephanie Fryer-Henriques
116 Lincoln Avenue
Yeadon, PA 19050

**Home Department:** 3 VHR - Region 3 / 2 1099

**Pay Period:** 02/01/26 to 02/15/26
**Check Date:** 02/27/26    **Check #:** 106518

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 025 | 1132.55 | 2080.79 |
| **NET PAY** | **1132.55** | **2080.79** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Base Rate | 41.5000 | 19.7200 | 818.38 | 77.5000 | 1503.10 |
| | | Health & Welfare | 41.5000 | 5.0900 | 211.24 | 77.5000 | 388.72 |
| | | VHR Holiday | 41.5000 | 1.0500 | 43.58 | 77.5000 | 79.94 |
| | | VHR Vacation | 41.5000 | 1.4300 | 59.35 | 77.5000 | 109.03 |
| | | **REIMB & OTHER PAYMENTS** | | | 1132.55 | | 2080.79 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1132.55 | 2080.79 |

*Payrolls by Paychex, Inc.*
0940 1104-5873  Stratcomm Inc • 161 Worcester Road Ste 204 • Framingham MA  01701 • (508) 907-7000

STRATCOMM INC
161 Worcester Road Ste 204
Framingham MA  01701

1104-5873
ORG1:2 1099
ORG2:3 VHR - Region 3
DD

STEPHANIE FRYER-HENRIQUES
116 LINCOLN AVENUE
YEADON PA  19050

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOT

MIDDLESEX SAVINGS BANK
PAYABLE IF DESIRED AT:
ALL MIDDLESEX SAVINGS BANK BANKS

---

### PERSONAL AND CHECK INFORMATION
Stephanie Fryer-Henriques
116 Lincoln Avenue
Yeadon, PA  19050

**Home Department:** 3 VHR - Region 3 / 2 1099

**Pay Period:** 02/16/26 to 02/28/26
**Check Date:** 03/13/26    **Check #:** 107224

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 025 | 395.72 | 2476.51 |
| **NET PAY** | **395.72** | **2476.51** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Base Rate | 14.5000 | 19.7200 | 285.94 | 92.0000 | 1789.04 |
| | | Health & Welfare | 14.5000 | 5.0900 | 73.81 | 92.0000 | 462.53 |
| | | VHR Holiday | 14.5000 | 1.0500 | 15.23 | 92.0000 | 95.17 |
| | | VHR Vacation | 14.5000 | 1.4300 | 20.74 | 92.0000 | 129.77 |
| | | **REIMB & OTHER PAYMENTS** | | | 395.72 | | 2476.51 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 395.72 | 2476.51 |

*Payrolls by Paychex, Inc.*
0940 1104-5873  Stratcomm Inc · 161 Worcester Road Ste 204 · Framingham MA  01701 · (508) 907-7000

STRATCOMM INC
161 Worcester Road Ste 204
Framingham MA  01701

1104-5873
ORG1:2 1099
ORG2:3 VHR - Region 3

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOT

STEPHANIE FRYER-HENRIQUES
116 LINCOLN AVENUE
YEADON PA  19050

MIDDLESEX SAVINGS BANK
PAYABLE IF DESIRED AT:
ALL MIDDLESEX SAVINGS BANK BANKS

---

## PERSONAL AND CHECK INFORMATION
Stephanie Fryer-Henriques
116 Lincoln Avenue
Yeadon, PA  19050

**Home Department:** 3 VHR - Region 3 / 2 1099

**Pay Period:**  03/01/26 **to** 03/15/26
**Check Date:**  03/31/26    **Check #:**  107945

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 025 | 764.12 | 3240.63 |
| **NET PAY** | **764.12** | **3240.63** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- |
| | Base Rate | 28.0000 | 19.7200 | 552.16 | 120.0000 | 2341.20 |
| | Health & Welfare | 28.0000 | 5.0900 | 142.52 | 120.0000 | 605.05 |
| | VHR Holiday | 28.0000 | 1.0500 | 29.40 | 120.0000 | 124.57 |
| | VHR Vacation | 28.0000 | 1.4300 | 40.04 | 120.0000 | 169.81 |
| | **REIMB & OTHER PAYMENTS** | | | 764.12 | | 3240.63 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
| --- | --- | --- | --- |
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | **764.12** | **3240.63** |

STRATCOMM INC
161 Worcester Road Ste 204
Framingham MA  01701

1104-5873
ORG1:20 1099
ORG2:3 VHR - Region 3

██████████        ████

STEPHANIE FRYER-HENRIQUES
116 LINCOLN AVENUE
YEADON PA  19050

NON-NEGOTIABLE

NON-NEGOT

MIDDLESEX SAVINGS BANK
PAYABLE IF DESIRED AT:
ALL MIDDLESEX SAVINGS BANK BANKS

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Stephanie Fryer-Henriques
116 Lincoln Avenue
Yeadon, PA  19050
████████████

**Home Department:** 3 VHR - Region 3 / 2 1099

**Pay Period:**  03/16/26 to 03/31/26
**Check Date:** 04/15/26    **Check #:**  108680

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 025 | 1143.46 | 4384.09 |
| **NET PAY** | **1143.46** | **4384.09** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Base Rate | 41.9000 | 19.7200 | 826.27 | 161.9000 | 3167.47 |
| | | Health & Welfare | 41.9000 | 5.0900 | 213.27 | 161.9000 | 818.32 |
| | | VHR Holiday | 41.9000 | 1.0500 | 44.00 | 161.9000 | 168.57 |
| | | VHR Vacation | 41.9000 | 1.4300 | 59.92 | 161.9000 | 229.73 |
| | | **REIMB & OTHER PAYMENTS** | | | 1143.46 | | 4384.09 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1143.46** | **4384.09** |

*Payrolls by Paychex, Inc.*

**0940 1104-5873** Stratcomm Inc • 161 Worcester Road Ste 204 • Framingham MA  01701 • (508) 907-7000

**Educational Testing Service**
Accenture, 2425 Cascade Pointe Blvd.
Charlotte NC, 28208
(855) 827-5387

| | |
|---|---|
| Pay Group: | RDR-Reader Pay Group |
| Pay Begin Date: | 12/27/2025 |
| Pay End Date: | 01/09/2026 |

| | |
|---|---|
| Business Unit: | RDRS1 |
| Advice #: | **000000021014291** |
| Advice Date: | 01/16/2026 |

**Stephanie T Fryer**
PO Box 871
Lansdowne, PA  19050

| | |
|---|---|
| Employee ID | ▇ |
| Department | 3026-Scoring and Reporting Ops |
| Location | Readers - NJ |
| Job Title | Readers |
| Pay Rate | $0.000000 Hourly |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | Single |
| Allowances | 2 | N/A |

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current ---------------- | | | ---------- YTD ------------- | |
|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| ABC Study | 12/27/2025 | 01/02/2026 | 15.000000 | 4.50 | 67.50 | 36.75 | 551.25 |
| Tst of English  Intr'l Comm | 12/27/2025 | 01/02/2026 | 15.000000 | 8.00 | 120.00 | 85.00 | 1,275.00 |
| ABC Study | 01/03/2026 | 01/09/2026 | 15.000000 | 18.25 | 273.75 | | 0.00 |
| Overtime Pay - Readers | 01/03/2026 | 01/09/2026 | 7.500000 | 23.50 | 176.25 | 23.50 | 176.25 |
| Reader Straight Time Pay | 01/03/2026 | 01/09/2026 | 15.000000 | 23.50 | 352.50 | 23.50 | 352.50 |
| TOEFL Reading | 01/03/2026 | 01/09/2026 | 15.000000 | 1.75 | 26.25 | 1.75 | 26.25 |
| Tst of English  Intr'l Comm | 01/03/2026 | 01/09/2026 | 15.000000 | 20.00 | 300.00 | | 0.00 |
| **TOTAL:** | | | | **99.50** | **1,316.25** | **170.50** | **2,381.25** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 74.10 | 118.68 |
| Fed MED/EE | 19.09 | 34.53 |
| Fed OASDI/EE | 81.61 | 147.64 |
| PA Unempl EE | 0.92 | 1.67 |
| PA Withholding | 40.41 | 73.11 |
| **TOTAL:** | **216.13** | **375.63** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,316.25 | 1,316.25 | 216.13 | 0.00 | 1,100.12 |
| YTD | 2,381.25 | 2,381.25 | 375.63 | 0.00 | 2,005.62 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000021014291 | Checking | XXXXXX2372 | 1,100.12 |
| **TOTAL:** | | | **1,100.12** |

**MESSAGE:**

| **Educational Testing Service**<br>Accenture, 2425 Cascade Pointe Blvd.<br>Charlotte NC, 28208<br>(855) 827-5387 | Pay Group:   RDR-Reader Pay Group<br>Pay Begin Date:   01/10/2026<br>Pay End Date:   01/23/2026 | Business Unit:   RDRS1<br>Advice #:   **000000021014840**<br>Advice Date:   01/30/2026 |

| | | **TAX DATA** | **Federal** | **PA State** |
|---|---|---|---|---|
| **Stephanie T Fryer**<br>PO Box 871<br>Lansdowne, PA  19050 | Employee ID ▇<br>Department   3026-Scoring and Reporting Ops<br>Location   Readers - NJ<br>Job Title   Readers<br>Pay Rate   $0.000000 Hourly | Tax Status<br>Allowances | Single<br>2 | Single<br>N/A |

### HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current ---------------- | | | ---------- YTD ------------- | |
|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Overtime Pay - Readers | 01/10/2026 | 01/16/2026 | 7.500000 | 3.75 | 28.13 | 33.75 | 253.13 |
| Reader Straight Time Pay | 01/10/2026 | 01/16/2026 | 15.000000 | 3.75 | 56.25 | 33.75 | 506.25 |
| TOEFL Reading | 01/10/2026 | 01/16/2026 | 15.000000 | 18.75 | 281.25 | 27.50 | 412.50 |
| Tst of English  Intr'l Comm | 01/10/2026 | 01/16/2026 | 15.000000 | 21.25 | 318.75 | 139.25 | 2,088.75 |
| Overtime Pay - Readers | 01/17/2026 | 01/23/2026 | 7.500000 | 6.50 | 48.75 | | 0.00 |
| Reader Straight Time Pay | 01/17/2026 | 01/23/2026 | 15.000000 | 6.50 | 97.50 | | 0.00 |
| TOEFL Reading | 01/17/2026 | 01/23/2026 | 15.000000 | 7.00 | 105.00 | | 0.00 |
| Tst of English  Intr'l Comm | 01/17/2026 | 01/23/2026 | 15.000000 | 33.00 | 495.00 | | 0.00 |
| ABC Study | | | | | 0.00 | 36.75 | 551.25 |
| **TOTAL:** | | | | **100.50** | **1,430.63** | **271.00** | **3,811.88** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholding | 87.83 | 206.51 |
| Fed MED/EE | 20.74 | 55.27 |
| Fed OASDI/EE | 88.70 | 236.34 |
| PA Unempl EE | 1.00 | 2.67 |
| PA Withholding | 43.92 | 117.03 |
| **TOTAL:** | **242.19** | **617.82** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| **\*TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,430.63 | 1,430.63 | 242.19 | 0.00 | 1,188.44 |
| YTD | 3,811.88 | 3,811.88 | 617.82 | 0.00 | 3,194.06 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000021014840 | Checking | XXXXXX2372 | 1,188.44 |
| **TOTAL:** | | | **1,188.44** |

**MESSAGE:**

| Educational Testing Service | Pay Group: | RDR Reader Pay Group | Business Unit: | RDRS1 |
|---|---|---|---|---|
| Accenture, 2425 Cascade Pointe Blvd. | Pay Begin Date: | 01/24/2026 | Advice #: | **000000021015381** |
| Charlotte NC, 28208 | Pay End Date: | 02/06/2026 | Advice Date: | 02/13/2026 |
| (855) 827-5387 | | | | |

| | | | TAX DATA | Federal | PA State |
|---|---|---|---|---|---|
| **Stephanie T Fryer** | Employee ID | ▮ | Tax Status | Single | Single |
| 116 Lincoln Ave | Department | 3026-Scoring and Reporting Ops | Allowances | 2 | N/A |
| Yeadon, PA  19050 | Location | Readers - NJ | | | |
| | Job Title | Readers | | | |
| | Pay Rate | $0.000000 Hourly | | | |

### HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current --------------- | | | ---------- YTD ------------- | |
|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| ABC Study | 01/24/2026 | 01/30/2026 | 15.000000 | 25.50 | 382.50 | 81.00 | 1,215.00 |
| Overtime Pay - Readers | 01/24/2026 | 01/30/2026 | 7.500000 | 1.75 | 13.13 | 86.25 | 646.89 |
| Reader Straight Time Pay | 01/24/2026 | 01/30/2026 | 15.000000 | 1.75 | 26.25 | 86.25 | 1,293.75 |
| TOEFL Reading | 01/24/2026 | 01/30/2026 | 15.000000 | 6.50 | 97.50 | 34.00 | 510.00 |
| Tst of English  Intr'l Comm | 01/24/2026 | 01/30/2026 | 15.000000 | 8.00 | 120.00 | 168.50 | 2,527.50 |
| ABC Study | 01/31/2026 | 02/06/2026 | 15.000000 | 18.75 | 281.25 | | 0.00 |
| Overtime Pay - Readers | 01/31/2026 | 02/06/2026 | 7.500000 | 50.75 | 380.63 | | 0.00 |
| Reader Straight Time Pay | 01/31/2026 | 02/06/2026 | 15.000000 | 50.75 | 761.25 | | 0.00 |
| Tst of English  Intr'l Comm | 01/31/2026 | 02/06/2026 | 15.000000 | 21.25 | 318.75 | | 0.00 |
| **TOTAL:** | | | | **185.00** | **2,381.26** | **456.00** | **6,193.14** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 201.91 | 408.42 |
| Fed MED/EE | 34.53 | 89.80 |
| Fed OASDI/EE | 147.63 | 383.97 |
| PA Unempl EE | 1.67 | 4.34 |
| PA Withholding | 73.10 | 190.13 |
| **TOTAL:** | **458.84** | **1,076.66** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,381.26 | 2,381.26 | 458.84 | 0.00 | 1,922.42 |
| YTD | 6,193.14 | 6,193.14 | 1,076.66 | 0.00 | 5,116.48 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000021015381 | Checking | XXXXXX2372 | 1,922.42 |
| **TOTAL:** | | | **1,922.42** |

**MESSAGE:**

**Educational Testing Service**
Accenture, 2425 Cascade Pointe Blvd.
Charlotte NC, 28208
(855) 827-5387

| Pay Group: | RDR-Reader Pay Group |
|---|---|
| Pay Begin Date: | 02/07/2026 |
| Pay End Date: | 02/20/2026 |

| Business Unit: | RDRS1 |
|---|---|
| Advice #: | **000000021016045** |
| Advice Date: | 02/27/2026 |

| **Stephanie T Fryer** | | |
|---|---|---|
| 116 Lincoln Ave | Employee ID | |
| Yeadon, PA  19050 | Department | 3026-Scoring and Reporting Ops |
| | Location | Readers - NJ |
| | Job Title | Readers |
| | Pay Rate | $0.000000 Hourly |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | Single |
| Allowances | 2 | N/A |

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current ---------------- | | | ---------- YTD ------------- | |
|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| ABC Study | 02/07/2026 | 02/13/2026 | 15.000000 | 13.50 | 202.50 | 96.75 | 1,451.25 |
| Overtime Pay - Readers | 02/07/2026 | 02/13/2026 | 7.500000 | 28.75 | 215.63 | 117.00 | 877.52 |
| Reader Straight Time Pay | 02/07/2026 | 02/13/2026 | 15.000000 | 28.75 | 431.25 | 117.00 | 1,755.00 |
| Tst of English  Intr'l Comm | 02/07/2026 | 02/13/2026 | 15.000000 | 26.50 | 397.50 | 232.75 | 3,491.25 |
| ABC Study | 02/14/2026 | 02/20/2026 | 15.000000 | 2.25 | 33.75 | | 0.00 |
| Overtime Pay - Readers | 02/14/2026 | 02/20/2026 | 7.500000 | 2.00 | 15.00 | | 0.00 |
| Reader Straight Time Pay | 02/14/2026 | 02/20/2026 | 2.00 | 2.00 | 30.00 | | 0.00 |
| Tst of English  Intr'l Comm | 02/14/2026 | 02/20/2026 | 15.000000 | 37.75 | 566.25 | | 0.00 |
| TOEFL Reading | | | | | 0.00 | 34.00 | 510.00 |
| **TOTAL:** | | | | **141.50** | **1,891.88** | **597.50** | **8,085.02** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholding | 143.18 | 551.60 |
| Fed MED/EE | 27.43 | 117.23 |
| Fed OASDI/EE | 117.30 | 501.27 |
| PA Unempl EE | 1.32 | 5.66 |
| PA Withholding | 58.08 | 248.21 |
| **TOTAL:** | **347.31** | **1,423.97** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,891.88 | 1,891.88 | 347.31 | 0.00 | 1,544.57 |
| YTD | 8,085.02 | 8,085.02 | 1,423.97 | 0.00 | 6,661.05 |

## NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000021016045 | Checking | XXXXXX2372 | 1,544.57 |
| **TOTAL:** | | | **1,544.57** |

**MESSAGE:**

| **Educational Testing Service**<br>Accenture, 2425 Cascade Pointe Blvd.<br>Charlotte NC, 28208<br>(855) 827-5387 | Pay Group:        RDR Reader Pay Group<br>Pay Begin Date:   02/21/2026<br>Pay End Date:     03/06/2026 | Business Unit:    RDRS1<br>Advice #:          **000000021016623**<br>Advice Date:      03/13/2026 |
|---|---|---|

| | | | | TAX DATA | Federal | PA State |
|---|---|---|---|---|---|---|
| **Stephanie T Fryer**<br>116 Lincoln Ave<br>Yeadon, PA  19050 | Employee ID<br>Department<br>Location<br>Job Title<br>Pay Rate | ▮<br>3026-Global Scoring and Reporting S<br>Readers - NJ<br>Readers<br>$0.000000 Hourly | | Tax Status<br>Allowances | Single<br>2 | Single<br>N/A |

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current ---------------- | | | ---------- YTD ------------- | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** | |
| ABC Study | 02/21/2026 | 02/27/2026 | 15.000000 | 3.50 | 52.50 | 112.50 | 1,687.50 | Fed Withholding | 9.70 | 561.30 | |
| Tst of English  Intr'l Comm | 02/21/2026 | 02/27/2026 | 15.000000 | 16.00 | 240.00 | 264.75 | 3,971.25 | Fed MED/EE | 10.39 | 127.62 | |
| ABC Study | 02/28/2026 | 03/06/2026 | 15.000000 | 12.25 | 183.75 | | 0.00 | Fed OASDI/EE | 44.41 | 545.68 | |
| Tst of English  Intr'l Comm | 02/28/2026 | 03/06/2026 | 15.000000 | 16.00 | 240.00 | | 0.00 | PA Unempl EE | 0.50 | 6.16 | |
| Overtime Pay - Readers | | | | | 0.00 | 117.00 | 877.52 | PA Withholding | 21.99 | 270.20 | |
| Reader Straight Time Pay | | | | | 0.00 | 117.00 | 1,755.00 | | | | |
| TOEFL Reading | | | | | 0.00 | 34.00 | 510.00 | | | | |
| **TOTAL:** | | | | **47.75** | **716.25** | **645.25** | **8,801.27** | **TOTAL:** | **86.99** | **1,510.96** | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 716.25 | 716.25 | 86.99 | 0.00 | 629.26 |
| YTD | 8,801.27 | 8,801.27 | 1,510.96 | 0.00 | 7,290.31 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000021016623 | Checking | XXXXXX2372 | 629.26 |
| **TOTAL:** | | | **629.26** |

**MESSAGE:**

**Educational Testing Service**
Accenture, 2425 Cascade Pointe Blvd.
Charlotte NC, 28208
(855) 827-5387

| Pay Group: | RDR Reader Pay Group |
|---|---|
| Pay Begin Date: | 03/07/2026 |
| Pay End Date: | 03/20/2026 |

| Business Unit: | RDRS1 |
|---|---|
| Advice #: | 000000021017205 |
| Advice Date: | 03/27/2026 |

Stephanie T Fryer
116 Lincoln Ave
Yeadon, PA  19050

| | |
|---|---|
| Employee ID | ▮ |
| Department | 3026-Global Scoring and Reporting S |
| Location | Readers - NJ |
| Job Title | Readers |
| Pay Rate | $0.000000 Hourly |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | Single |
| Allowances | 2 | N/A |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Overtime Pay - Readers | 03/07/2026 | 03/13/2026 | 7.500000 | 1.50 | 11.25 | 118.50 | 888.77 |
| Reader Straight Time Pay | 03/07/2026 | 03/13/2026 | 15.000000 | 1.50 | 22.50 | 118.50 | 1,777.50 |
| Tst of English  Intr'l Comm | 03/07/2026 | 03/13/2026 | 15.000000 | 40.00 | 600.00 | 332.00 | 4,980.00 |
| ABC Study | 03/14/2026 | 03/20/2026 | 15.000000 | 5.75 | 86.25 | 118.25 | 1,773.75 |
| Tst of English  Intr'l Comm | 03/14/2026 | 03/20/2026 | 15.000000 | 27.25 | 408.75 | | 0.00 |
| TOEFL Reading | | | | | 0.00 | 34.00 | 510.00 |
| **TOTAL:** | | | | **76.00** | **1,128.75** | **721.25** | **9,930.02** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 51.60 | 612.90 |
| Fed MED/EE | 16.37 | 143.99 |
| Fed OASDI/EE | 69.98 | 615.66 |
| PA Unempl EE | 0.79 | 6.95 |
| PA Withholding | 34.65 | 304.85 |
| **TOTAL:** | **173.39** | **1,684.35** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,128.75 | 1,128.75 | 173.39 | 0.00 | 955.36 |
| YTD | 9,930.02 | 9,930.02 | 1,684.35 | 0.00 | 8,245.67 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000021017205 | Checking | XXXXXX2372 | 955.36 |
| **TOTAL:** | | | **955.36** |

**MESSAGE:**

| Educational Testing Service | Pay Group: | RDR Reader Pay Group | Business Unit: | RDRS1 |
|---|---|---|---|---|
| Accenture, 2425 Cascade Pointe Blvd. | Pay Begin Date: | 03/21/2026 | Advice #: | 000000021017765 |
| Charlotte NC, 28208 | Pay End Date: | 04/03/2026 | Advice Date: | 04/10/2026 |
| (855) 827-5387 | | | | |

| | | | TAX DATA | Federal | PA State |
|---|---|---|---|---|---|
| **Stephanie T Fryer** | Employee ID | ▮ | Tax Status | Single | Single |
| 116 Lincoln Ave | Department | 3026-Global Scoring and Reporting S | Allowances | 2 | N/A |
| Yeadon, PA  19050 | Location | Readers - NJ | | | |
| | Job Title | Readers | | | |
| | Pay Rate | $0.000000 Hourly | | | |

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current ---------------- | | | ---------- YTD ------------- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Tst of English  Intr'l Comm | 03/21/2026 | 03/27/2026 | 15.000000 | 11.50 | 172.50 | 348.50 | 5,227.50 | Fed Withholding | 0.00 | 612.90 |
| TOEFL  Reading | 03/28/2026 | 04/03/2026 | 15.000000 | 8.00 | 120.00 | 42.00 | 630.00 | Fed MED/EE | 5.32 | 149.31 |
| Tst of English  Intr'l Comm | 03/28/2026 | 04/03/2026 | 15.000000 | 5.00 | 75.00 | | 0.00 | Fed OASDI/EE | 22.79 | 638.45 |
| ABC Study | | | | 0.00 | | 118.25 | 1,773.75 | PA Unempl EE | 0.26 | 7.21 |
| Overtime Pay - Readers | | | | 0.00 | | 118.50 | 888.77 | PA Withholding | 11.28 | 316.13 |
| Reader Straight Time Pay | | | | 0.00 | | 118.50 | 1,777.50 | | | |
| **TOTAL:** | | | | **24.50** | **367.50** | **745.75** | **10,297.52** | **TOTAL:** | **39.65** | **1,724.00** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 367.50 | 367.50 | 39.65 | 0.00 | 327.85 |
| YTD | 10,297.52 | 10,297.52 | 1,724.00 | 0.00 | 8,573.52 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000021017765 | Checking | XXXXXX2372 | 327.85 |
| **TOTAL:** | | | **327.85** |

**MESSAGE:**