## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques<br>Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>Movant<br><br>vs.<br><br>Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques<br>Respondent(s) | BK NO. 26-11669 DJB<br><br>Chapter 13<br><br>Hearing Date:  08/06/26 |

### OBJECTION OF PNC BANK, NATIONAL ASSOCIATION
### TO CONFIRMATION OF CHAPTER 13 PLAN

PNC BANK, NATIONAL ASSOCIATION (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1.      On June 12, 2026, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $19,916.57.

2.      Debtor's Plan provides for payment in the amount of $6,602.72 towards the arrearage claim of the Secured Creditor.

3.      Debtor's Plan understates the amount of the Secured Creditor's claim by $13,313.85 and does not provide sufficient funding to pay said claim including present value interest.

4.      Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5.      In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: July 7, 2026

By: /s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com