### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques**<br>**Debtor(s)** | **CHAPTER 13** |
| **PNC BANK, NATIONAL ASSOCIATION**<br>**Movant** | |
| **vs.** | **NO.** 26-11669 DJB |
| **Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques**<br>**Respondent(s)** | |
| **Kenneth E. West**<br>**Trustee** | |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PNC

BANK, NATIONAL ASSOCIATION, it is **Ordered** and **Decreed** that confirmation is **denied**.


_____
Bankruptcy Judge