## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques** <br> **Debtor(s)** | CHAPTER 13 <br> BK. NO. 26-11669 DJB |
| **PNC BANK, NATIONAL ASSOCIATION** <br> **Movant** <br> **vs.** | |
| **Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques** <br> **Respondent(s)** | |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **July 7, 2026**.

Kenneth E. West (via ECF)
1901 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Michael A. Cibik Esq. (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques
116 Lincoln Ave
Yeadon, PA 19050

Date: July 7, 2026

By: /s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com