**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephanie Terra Fryer-Henriques aka          CHAPTER 13
Stephanie T. Fryer fka Stephanie T. Henriques

<u>Debtor(s)</u>          BKY. NO. 26-11669 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
13 Jul 2026, 05:30:07, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: ae55584d9c5db536ac6cc1829c7464ac6087a53bbf3d1a6598ae7ee0b5f14664