**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques<br>Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>Movant<br>vs. | NO. 26-11669 DJB |
| Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques<br>Debtor(s) | |
| Kenneth E. West<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about July 7, 2026.

Dated: September 9, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques**

**Debtor(s)**

**PNC BANK, NATIONAL ASSOCIATION**

**Movant**

**vs.**

**Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques**

**Debtor(s)**

**Kenneth E. West**

**Trustee**

**BK NO. 26-11669 DJB**

**Chapter 13**

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 9/16/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 9/16/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Stephanie Terra Fryer-Henriques aka Stephanie T. Fryer fka Stephanie T. Henriques<br>116 Lincoln Ave<br>Yeadon, PA 19050 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>____________________<br>(as authorized by the court *) |
| Michael A. Cibik Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>____________________<br>(as authorized by the court *) |
| Kenneth E. West<br>1901 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>____________________<br>(as authorized by the court *) |