United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11669-djb
Stephanie Terra Fryer-Henriques Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2026 Form ID: 155 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Terra Fryer-Henriques, 116 Lincoln Avenue, Yeadon, PA 19050-2933 |
| 15131770 | + | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15163567 | + | PNC Bank, National Association, C/O Maggie Soboleski, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15131767 | | Email/Text: bncnotifications@pheaa.org | Oct 02 2026 02:53:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15135507 | ^ | MEBN | Oct 02 2026 02:51:38 | Afterpay, 760 Market St, 2nd Floor, San Francisco, CA 94102-2402 |
| 15162937 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 02 2026 02:56:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 15140948 | + | Email/Text: bankruptcynotices@squareup.com | Oct 02 2026 02:54:00 | Block, Inc., 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 15131768 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 02 2026 02:53:00 | ECMC, Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15148819 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 02 2026 02:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15131769 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2026 02:53:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15135508 | | Email/Text: customerservice.us@klarna.com | Oct 02 2026 02:53:00 | Klarna, 629 North High Street, Suite 400, Columbus, OH 43215 |
| 15131771 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 02 2026 02:53:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15153626 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2026 02:53:00 | PNC Bank, National Association, c/o PNC Bank N.A., 3232 Newmark Drive, Miamisburg Ohio 45342 |
| 15163448 | ^ | MEBN | Oct 02 2026 02:51:22 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15131772 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2026 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15135034 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2026 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

| | | | | |
|---|---|---|---|---|
| 15131773 | | Email/Text: bankruptcy@philapark.org | Oct 02 2026 02:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15131775 | | Email/Text: bankruptcy@sunbit.com | Oct 02 2026 02:53:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 15154084 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 02 2026 02:54:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15131774 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 02 2026 02:54:00 | Sallie Mae Bank, Attn: Bankruptcy, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15135310 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 02 2026 02:56:04 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15131776 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 02 2026 02:56:04 | U.S. Dept. of Housing and Urban Development, Attn: Bankruptcy, 801 Market St 12th Floor, Philadelphia, PA 19107 |
| 15192177 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 02 2026 02:53:00 | Yeadon Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15163972 | *+ | PNC Bank, National Association, C/O Maggie Soboleski, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stephanie Terra Fryer-Henriques help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co |

| | |
|---|---|
| | m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Stephanie Terra Fryer−Henriques | ) | Case No. 26−11669−djb |
| aka Stephanie T. Fryer | ) | |
| fka Stephanie T. Henriques | ) | |
| | ) | Chapter: 13 |
| Debtor(s). | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 1, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court